**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam                Date: November 6, 2013
Court Reporter: Mary George
Probation Officer: Andrea Bell                    Interpreter: Susana Cahill

Criminal Action No.: 13-cr-00196-JLK

*Parties:*                                        *Counsel:*

UNITED STATES OF AMERICA,                         Michelle M. Heldmyer

    Plaintiff,

v.

VIDAL PRECIADO-URENA,                             Ronald J. Hahn

    Defendant.

---

**SENTENCING MINUTES**

---

**11:12 a.m.    Court in session.**

Court calls case.  The Government appears via video conference from Grand Junction.  Also present, Special Agent, Christopher Carter.  Defense counsel present.   Defendant present in custody.

**Change of Plea Hearing:** August 8, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

Testimony heard regarding objections outlined in the PSR.

11:19 a.m.    Government's witness, Christopher Carter, called and sworn.
              Direct examination begins by Ms. Heldmeyer.

11:23 a.m.    Cross examination begins by Mr. Hahn.

*13-cr-00196-JLK*
*Sentencing*
*November 6, 2013*

11:29 a.m.     Redirect examination by Ms. Heldmeyer.

Further comments and rulings by the Court regarding objections outlined in the PSR.

Statement by the Government.

Statement by Ms. Laura A. Pfoal on behalf of the Defendant.

Statement by Defense counsel.  Questions by the Court.

Response by Ms. Heldmyer.

Response by Special Agent Carter.

Response by Defense counsel

Statement by Defendant.

Comments and rulings by the Court.

**ORDERED:   Motion For Non Guideline Sentence Pursuant To Title18, United States Code, Section 3553 (Filed 10/24/13; Doc. No. 26) is DENIED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of 12 months and 1 day.

**SUPERVISED RELEASE:**
Conditioned upon not reentering the United States, the Defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**
- X)    Defendant, once deported, shall not return to the United States illegally.  If the defendant re-enters the United States legally, defendant shall report to the nearest United States Probation Office within 72 hours of his return.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.

*13-cr-00196-JLK*
*Sentencing*
*November 6, 2013*

**FINE:**   No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:22 p.m.   Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 10 minutes.